UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CAMPBELL, SCOTT L. § Case No. 11-10447
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/14/2011 . The undersigned trustee was appointed on 03/15/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of         $    11,983.81

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 75.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 11,908.81 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/23/2011 and the deadline for filing governmental claims was 11/23/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,948.38 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,948.38 , for a total compensation of $ 1,948.38 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 81.90 , for total expenses of $ 81.90 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/30/2012                By: /s/BRADLEY J. WALLER
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) (Page: 2)

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.: 11-10447  BB  Judge: BRUCE W. BLACK  
Case Name: CAMPBELL, SCOTT L.  
For Period Ending: 03/30/12

Trustee Name: BRADLEY J. WALLER  
Date Filed (f) or Converted (c): 03/14/11 (f)  
341(a) Meeting Date: 04/13/11  
Claims Bar Date: 11/23/11

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. Residence 10514 Williamsburg Terrace Frankfort,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 490,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. First Midwest Bank 200 West Corning Avenue Peoto<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. The Private Bank 3052 W. 111th Street Chicago, I<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,475.00 | 0.00 | DA | 0.00 | FA |
| 5. The Private Bank 3052 W. 111th Street Chicago, I<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,167.00 | 0.00 | DA | 0.00 | FA |
| 6. 1/2 interest in ordinary household goods, includ<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. 1/2 interest in books, pictures and art objects<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. 1 ordinary lot of mens clothing, suits, shirts,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. 1 watch, 1 ring<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 10. Farm Bureau Life Insurance 5400 University Avenu<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,785.00 | 0.00 | DA | 0.00 | FA |
| 11. State Farm Insurance Co. 2702 Ireland Grove Rd.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 68,475.00 | 0.00 | DA | 0.00 | FA |
| 12. American Funds P.O. Box 173764 Denver, CO 80217-<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 272,257.00 | 0.00 | DA | 0.00 | FA |
| 13. Raymond James Financial Services, Inc. 10006 W.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,612.00 | 0.00 | DA | 0.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) (Page: 3)

Ver: 16.06

Page: 2
Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:    11-10447    BB    Judge: BRUCE W. BLACK
Case Name:  CAMPBELL, SCOTT L.

Trustee Name:                               BRADLEY J. WALLER
Date Filed (f) or Converted (c):            03/14/11 (f)
341(a) Meeting Date:                        04/13/11
Claims Bar Date:                            11/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. State Farm Bank P.O. Box 2316 Bloomington, IL 61 Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 15. 1166 shares in Peotone Bankcorp, Inc. 240 shares Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Groen Brothers Aviation, Inc. 2640 California Av Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 17. Las Vegas Television Network, Inc. 150,000 Share Orig. Asset Memo: Imported from original petition Doc# 1 | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 18. 1/2 interest in a 2007 Dodge Caliber R/T AWD Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 19. TAX REFUNDS - 2004 (u) | 1,010.28 | 1,010.28 | | 1,010.28 | 0.00 |
| 20. Tax Refunds - 2010 (u) | 10,973.50 | 10,973.50 | | 10,973.50 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.03 | FA |
| TOTALS (Excluding Unknown Values) | $873,854.78 | $11,983.78 | | $11,983.81 | $0.00 |
| | | | | Gross Value of Remaining Assets | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/12    Current Projected Date of Final Report (TFR): 06/30/12

LFORM1  UST Form 101-7-TFR (5/1/2011) (Page: 4)

Ver: 16.06

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-10447 -BB
Case Name: CAMPBELL, SCOTT L.
Taxpayer ID No: *******7414
For Period Ending: 03/30/12

Trustee Name: BRADLEY J. WALLER
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******9165  Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/06/11 | 19 | Scott L Campbell<br>Aimee L Campbell<br>10514 Williamsburg Tr.<br>Frankfort, IL 60423 | per court order of 09/02/11<br>DEPOSIT CHECK #2422 | 1224-000 | 1,010.28 | | 1,010.28 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 985.28 |
| 11/18/11 | 20 | Scott L. Campbell<br>Aimee L Campbell<br>10514 Williamsburg Tr<br>Frankfort, IL 60423 | per court order of 11/18/11<br>DEPOSIT CHECK #2431 | 1224-000 | 9,525.00 | | 10,510.28 |
| 11/18/11 | 20 | Scott L. Campbell<br>Aimee L Campbell<br>10514 Williamsburg Tr<br>Frankfort, IL 60423 | per court order of 11/18/11<br>DEPOSIT CHECK #2432 | 1224-000 | 1,448.50 | | 11,958.78 |
| 11/29/11 | INT | | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 11,958.81 |
| 11/29/11 | | The Bank of New York Mellon | To Acct #*******9166 | 9999-000 | | 11,958.81 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,983.81 | 11,983.81 |
| Less: Bank Transfers/CD's | 0.00 | 11,958.81 |
| Subtotal | 11,983.81 | 25.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 11,983.81 | 25.00 |

Page Subtotals  11,983.81  11,983.81

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-10447 -BB
Case Name: CAMPBELL, SCOTT L.
Taxpayer ID No: *******7414
For Period Ending: 03/30/12

Trustee Name: BRADLEY J. WALLER
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******9166  Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/29/11 | | From Acct #*******9165 | | 9999-000 | 11,958.81 | | 11,958.81 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,933.81 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,908.81 |
| 01/26/12 | | Transfer to Acct #*******3077 | Bank Funds Transfer | 9999-000 | | 11,908.81 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 11,958.81 | 11,958.81 |
| Less: Bank Transfers/CD's | 11,958.81 | 11,908.81 |
| Subtotal | 0.00 | 50.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 50.00 |

Page Subtotals    11,958.81    11,958.81

UST Form 101-7-TFR (5/1/2011) (Page: 6)
Ver. 16.06
LFORM24

Page: 3
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 11-10447 -BB | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | CAMPBELL, SCOTT L. | Bank Name: | Congressional Bank |
| Taxpayer ID No: | \*\*\*\*\*\*\*7414 | Account Number / CD #: | \*\*\*\*\*\*\*3077 Checking Account |
| For Period Ending: | 03/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #\*\*\*\*\*\*\*9166 | Bank Funds Transfer | 9999-000 | 11,908.81 | | 11,908.81 |
| | | | COLUMN TOTALS | | 11,908.81 | 0.00 | 11,908.81 |
| | | | Less: Bank Transfers/CD's | | 11,908.81 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - \*\*\*\*\*\*\*\*9165 | 0.00 | 25.00 | 0.00 |
| Checking Account - \*\*\*\*\*\*\*\*9166 | 0.00 | 50.00 | 0.00 |
| Checking Account - \*\*\*\*\*\*\*\*3077 | 11,983.81 | 0.00 | 11,908.81 |
| | 11,983.81 | 75.00 | 11,908.81 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   11,908.81   0.00

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 7)   Ver: 16.06

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-10447
Case Name: CAMPBELL, SCOTT L.
Trustee Name: BRADLEY J. WALLER

Balance on hand                                    $         11,908.81

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,948.38 | $ 0.00 | $ 1,948.38 |
| Trustee Expenses: BRADLEY J. WALLER | $ 81.90 | $ 0.00 | $ 81.90 |

Total to be paid for chapter 7 administrative expenses        $        2,030.28

Remaining Balance                                             $        9,878.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,435,645.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Marquette Bank | $ 7,587,160.97 | $ 0.00 | $ 8,884.92 |
| 4 | First National Bank of Winchester | $ 415,879.30 | $ 0.00 | $ 487.01 |
| 5 | Bank of America | $ 432,605.50 | $ 0.00 | $ 506.60 |
| | Total to be paid to timely general unsecured creditors | | $ | 9,878.53 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 107,529.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | John Warner Bank n/k/a State Bank of Lincoln | $ 107,529.85 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE