UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
CAMPBELL, SCOTT L.                  §     Case No. 11-10447
                                    §
         Debtor(s)                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF IL/EASTERN DIVISION
   219 S. DEARBORN STREET
   CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 06/15/2012 in Courtroom ,
   Will County Court Annex
   57 N. Ottawa
   Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/08/2012            By: /s/ Bradley J. Waller
                                                Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| In re: | § | |
| --- | --- | --- |
| | § | |
| CAMPBELL, SCOTT L. | § | Case No. 11-10447 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 11,983.81 |
| and approved disbursements of | $ | 75.00 |
| leaving a balance on hand of[1] | $ | 11,908.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: BRADLEY J. WALLER | $ 1,948.38 | $ 0.00 | $ 1,948.38 |
| Trustee Expenses: BRADLEY J. WALLER | $ 81.90 | $ 0.00 | $ 81.90 |

| | |
| --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ 2,030.28 |
| Remaining Balance | $ 9,878.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,435,645.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Marquette Bank | $ 7,587,160.97 | $ 0.00 | $ 8,884.92 |
| 4 | First National Bank of Winchester | $ 415,879.30 | $ 0.00 | $ 487.01 |
| 5 | Bank of America | $ 432,605.50 | $ 0.00 | $ 506.60 |
| | Total to be paid to timely general unsecured creditors | | $ | 9,878.53 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 107,529.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | John Warner Bank n/k/a State Bank of Lincoln | $ 107,529.85 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 11-10447    Doc 35-1    Filed 08/23/11    Entered 08/30/11 08:28:28    Desc Notice Fixing Time For Filing: Notice Recipients    Page 1 of 1

Case 11-10447    Doc 50    Filed 05/09/12    Entered 05/11/12 23:34:24    Desc Imaged Certificate of Notice    Page 5 of 7

# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0752-1 | User: dramey | | Date Created: 8/30/2011 |
| Case: 11-10447 | Form ID: ntcftfc7 | | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Scott L. Campbell | 10514 Williamsburg Terrace | Frankfort, IL 60423 | | |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court | Sycamore, IL 60178 | |
| aty | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court | Sycamore, IL 60178 | |
| aty | Bruce L Wald | Tishler &Wald Ltd | 200 S Wacker Dr | Suite 3000 | Chicago, IL 60606 |
| 16954590 | Aimee L. Campbell | 10514 Williamsburg Terrace | Frankfort, IL 60423 | | |
| 16954591 | Bank of America | 231 S. LaSalle Street | Chicago, IL 60604 | | |
| 16954592 | Charles S. Crescenzo | 12921 W. Baker Road | Manhattan, IL 60442 | | |
| 16954593 | CitiMortgage | P.O. Box 183040 | Columbus, Ohio 43218-3040 | | |
| 16954594 | Federal Deposit Insurance Corporation | 500 West Monroe Street | Suite 3500 | Chicago, IL 60661 | ATTN: Gregory K. Watson |
| 16954596 | First National Bank of Winchester | n/k/a First Nat'l Bank of Beardstown | 1 North Side Square | Winchester, IL 62694 | |
| 16954595 | Marquette Bank, LLC | c/o George Mesires | Barrack Ferranzzano, et al. | 200 W. Madison St. – Suite 3900 | Chicago, IL 60606 |
| 16954597 | The John Warner Bank | n/k/a The State Bank of Lincoln | 301 South Side Square | Clinton, IL 61727 | |
| 16954598 | The Private Bank | 3052 W. 111th Street | Chicago, IL 60655 | | |

TOTAL: 13

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                           Case No. 11-10447-BWB
Scott L. Campbell                                                Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dramey                Page 1 of 2                  Date Rcvd: May 09, 2012
                              Form ID: pdf006             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2012.
db           #+Scott L. Campbell,    10514 Williamsburg Terrace,    Frankfort, IL 60423-2210
16954590     #+Aimee L. Campbell,    10514 Williamsburg Terrace,    Frankfort, IL 60423-2210
16954591    +++Bank of America,    135 S. LaSalle Street,    Attn: John M. Schuessler,   Chicago, IL 60603-4157
16954592     +Charles S. Crescenzo,    12921 W. Baker Road,    Manhattan, IL 60442-9375
16954593      CitiMortgage,    P.O. Box 183040,    Columbus, Ohio 43218-3040
16954594     +Federal Deposit Insurance Corporation,    500 West Monroe Street,    Suite 3500,
               Chicago, IL 60661-3784,    ATTN:  Gregory K. Watson
16954596     +First National Bank of Winchester,    n/k/a First Nat'l Bank of Beardstown,   1 North Side Square,
               Winchester, IL 62694-1259
17813423     +Marquette Bank,    c/o William J. Barrett,    Barack Ferrazzano Kirschbaum & Nagelberg,
               200 West Madison Street, Suite 3900,    Chicago, Illinois 60606-3459
16954595     +Marquette Bank, LLC,    c/o George Mesires,    Barrack Ferranzzano, et al.,
               200 W. Madison St. - Suite 3900,    Chicago, IL 60606-3459
16954597    +++The John Warner Bank,   n/k/a The State Bank of Lincoln,    Natalie N Marquez, Gehbach Law Office,
               529 Pulaski St,    Lincoln, IL 62656-2705
16954598    +++The Private Bank and Trust Co,    c/o Martin D. Tasch,    903 Commerce #160,
               Oak Brook, IL 60523-8830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: dramey              Page 2 of 2              Date Rcvd: May 09, 2012
                              Form ID: pdf006           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2012 at the address(es) listed below:

        Bradley J Waller    bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
        Bruce L Wald    on behalf of Debtor Scott Campbell bwald@tishlerandwald.com
        Cari A Kauffman    on behalf of Creditor  CITIMORTGAGE, INC. ND-Four@il.cslegal.com
        Jeannette M Conrad    on behalf of Creditor  FDIC as Receiver for Founders Bank
         jconrad@qpwblaw.com, amackowiak@qpwblaw.com
        Joshua M Grenard    on behalf of Creditor  BANK OF AMERICA, N.A. jgrenard@mayerbrown.com,
         courtnotification@mayerbrown.com
        M. Gretchen Silver    on behalf of U.S. Trustee Patrick Layng ustpregion11.es.ecf@usdoj.gov,
         gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;keith.manikowski@usdoj.gov;maria.e.yapan@usdoj.gov
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Rhonda  Stuart    on behalf of Creditor  The Private Bank & Trust Company rstuart@lmtlaw.com,
         bankruptcy@mdk-llc.com;anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com

                                                                                                                                       TOTAL: 8