# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                          §
                                §
CAMPBELL, SCOTT L.              §          Case No. 11-10447
                                §
        Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>  CHAPTER 7 ADMIN. FEES<br>  AND CHARGES<br>  (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>  ADMIN. FEES AND<br>  CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED<br>CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRADLEY J. WALLER _____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | THE PRIVATE BANK AND TRUST CO |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | BANK OF AMERICA | | | | | |
| 3 | FIRST NATIONAL BANK OF WINCHESTER | | | | | |
| 4 | FIRST NATIONAL BANK OF WINCHESTER | | | | | |
| 2 | MARQUETTE BANK | | | | | |
| 6 | JOHN WARNER BANK N/K/A STATE BANK O | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-10447 | BB | Judge: BRUCE W. BLACK | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|---|

Case Name:   CAMPBELL, SCOTT L.

Date Filed (f) or Converted (c):   03/14/11 (f)

341(a) Meeting Date:   04/13/11

For Period Ending:   07/06/12

Claims Bar Date:   11/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Residence 10514 Williamsburg Terrace Frankfort,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 490,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. First Midwest Bank 200 West Corning Avenue Peoto<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. The Private Bank 3052 W. 111th Street Chicago, I<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,475.00 | 0.00 | DA | 0.00 | FA |
| 5. The Private Bank 3052 W. 111th Street Chicago, I<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,167.00 | 0.00 | DA | 0.00 | FA |
| 6. 1/2 interest in ordinary household goods, includ<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. 1/2 interest in books, pictures and art objects<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. 1 ordinary lot of mens clothing, suits, shirts,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. 1 watch, 1 ring<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 10. Farm Bureau Life Insurance 5400 University Avenu<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,785.00 | 0.00 | DA | 0.00 | FA |
| 11. State Farm Insurance Co. 2702 Ireland Grove Rd.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 68,475.00 | 0.00 | DA | 0.00 | FA |
| 12. American Funds P.O. Box 173764 Denver, CO 80217-<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 272,257.00 | 0.00 | DA | 0.00 | FA |
| 13. Raymond James Financial Services, Inc. 10006 W.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,612.00 | 0.00 | DA | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit 8

| | |
|---|---|
| Case No: | 11-10447   BB   Judge: BRUCE W. BLACK |
| Case Name: | CAMPBELL, SCOTT L. |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Date Filed (f) or Converted (c): | 03/14/11 (f) |
| 341(a) Meeting Date: | 04/13/11 |
| Claims Bar Date: | 11/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. State Farm Bank P.O. Box 2316 Bloomington, IL 61 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15. 1166 shares in Peotone Bankcorp, Inc. 240 shares | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16. Groen Brothers Aviation, Inc. 2640 California Av | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17. Las Vegas Television Network, Inc. 150,000 Share | 15,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 18. 1/2 interest in a 2007 Dodge Caliber R/T AWD | 4,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 19. TAX REFUNDS - 2004 (u) | 1,010.28 | 1,010.28 | | 1,010.28 | 0.00 |
| 20. Tax Refunds - 2010 (u) | 10,973.50 | 10,973.50 | | 10,973.50 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.03 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $873,854.78 | $11,983.78 | | $11,983.81 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report has been sent to UST for approval

Initial Projected Date of Final Report (TFR): 09/30/12       Current Projected Date of Final Report (TFR): 06/30/12

FOR R

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-10447  -BB | | | Trustee Name: | | BRADLEY J. WALLER |
| Case Name: | CAMPBELL, SCOTT L. | | | Bank Name: | | The Bank of New York Mellon |
| | | | | Account Number / CD #: | | *******9165  Money Market Account |
| Taxpayer ID No: | *******7414 | | | | | |
| For Period Ending: | 07/06/12 | | | Blanket Bond (per case limit): | | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/06/11 | 19 | Scott L Campbell | per court order of  09/02/11 | 1224-000 | 1,010.28 | | 1,010.28 |
| | | Aimee L Campbell | DEPOSIT CHECK #2422 | | | | |
| | | 10514 Williamsburg Tr. | | | | | |
| | | Frankfort, IL  60423 | | | | | |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 985.28 |
| 11/18/11 | 20 | Scott L. Campbell | per court order of 11/18/11 | 1224-000 | 9,525.00 | | 10,510.28 |
| | | Aimee L. Campbell | DEPOSIT CHECK #2431 | | | | |
| | | 10514 Williamsburg Tr | | | | | |
| | | Frankfort, IL  60423 | | | | | |
| 11/18/11 | 20 | Scott L. Campbell | per court order of 11/18/11 | 1224-000 | 1,448.50 | | 11,958.78 |
| | | Aimee L. Campbell | DEPOSIT CHECK #2432 | | | | |
| | | 10514 Williamsburg Tr | | | | | |
| | | Frankfort, IL  60423 | | | | | |
| 11/29/11 | INT | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.03 | | 11,958.81 |
| 11/29/11 | | To Acct #*******9166 | | 9999-000 | | 11,958.81 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 11,983.81 | 11,983.81 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 11,958.81 | |
| Subtotal | | 11,983.81 | 25.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 11,983.81 | 25.00 | |

Page Subtotals          11,983.81          11,983.81

Ver: 16.06b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 11-10447  -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | CAMPBELL, SCOTT L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******9166  Checking Account |
| Taxpayer ID No: | *******7414 | | | |
| For Period Ending: | 07/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/29/11 | | From Acct #*******9165 | | 9999-000 | 11,958.81 | | 11,958.81 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,933.81 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,908.81 |
| 01/26/12 | | Transfer to Acct #*******3077 | Bank Funds Transfer | 9999-000 | | 11,908.81 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 11,958.81 | 11,958.81 | 0.00 |
| Less:  Bank Transfers/CD's | | 11,958.81 | 11,908.81 | |
| Subtotal | | 0.00 | 50.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 50.00 | |

Page Subtotals          11,958.81          11,958.81

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-10447 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | CAMPBELL, SCOTT L. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3077 Checking Account |
| Taxpayer ID No: | *******7414 | | |
| For Period Ending: | 07/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******9166 | Bank Funds Transfer | 9999-000 | 11,908.81 | | 11,908.81 |
| 06/15/12 | 001001 | BRADLEY J. WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Trustee Expenses | 2200-000 | | 81.90 | 11,826.91 |
| 06/15/12 | 001002 | BRADLEY J. WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Trustee Compensation | 2100-000 | | 1,948.38 | 9,878.53 |
| 06/15/12 | 001003 | Marquette Bank c/o William J. Barrett,Barack Ferrazzano Kirschbaum & Nagelberg,200 We Chicago, IL 60606 | Claim 2, Payment 0.11710% | 7100-000 | | 8,884.92 | 993.61 |
| 06/15/12 | 001004 | First National Bank of Winchester n/k/a First Nat'l Bank of Beardstown 1 North Side Square Winchester, IL 62694 | Claim 4, Payment 0.11710% | 7100-000 | | 487.01 | 506.60 |
| 06/15/12 | 001005 | Bank of America 135 S. LaSalle Street Attn: John M. Schuessler Chicago, IL 60603 | Claim 5, Payment 0.11710% | 7100-000 | | 506.60 | 0.00 |

Page Subtotals 11,908.81 11,908.81

Ver: 16.06b

FORM 2   Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-10447  -BB |
| Case Name: | CAMPBELL, SCOTT L. |
| Taxpayer ID No: | *******7414 |
| For Period Ending: | 07/06/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3077  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,908.81 | 11,908.81 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 11,908.81 | 0.00 | |
| | | | Subtotal | | 0.00 | 11,908.81 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 11,908.81 | |
| | | | | | NET | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Money Market Account - *******9165 | | 11,983.81 | 25.00 | 0.00 |
| | | | Checking Account - *******9166 | | 0.00 | 50.00 | 0.00 |
| | | | Checking Account - *******3077 | | 0.00 | 11,908.81 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 11,983.81 | 11,983.81 | 0.00 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00              0.00

Ver: 16.06b